# EXHIBIT "A"



8+

amscan®

# FACE MAKEUP

MAQUILLAJE FACIAL

1 Applicator/aplicador

1 Pc/pza - Net Wt./Peso neto - 0.21 oz (6g)