IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARK HEWARD and BELINDA HEWARD, <br> as Parents and Next Friends of K.H., a minor <br><br> Plaintiff, <br><br> v. <br><br> BOARD OF EDUCATION <br> OF ANNE ARUNDEL COUNTY <br><br> Defendant. | * <br> * <br> * <br> * <br> * <br> * <br> * Civil Action No. 1:22-cv-00750-LKG <br> * <br> * <br> * <br> * |

## VOLUNTARY STIPULATED DISMISSAL WITHOUT PREJUDICE

Comes now the Plaintiffs, Mark Heward and Belinda Heward, as Parents and Next Friends of K.H., a minor, by and through counsel, Cole J. Sullivan and The Valente Law Group, with the consent/stipulation of Tamal Banton, attorney for the Defendant, Board of Education of Anne Arundel County, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and through this stipulation of dismissal sign by all parties who have appeared, hereby agree to dismiss the above-captioned matter **without** prejudice. This is the first dismissed federal- or state-court action based on or including this claim.

Respectfully Submitted,

| THE VALENTE LAW GROUP | BOARD OF EDUCATION OF ANNE ARUNDEL COUNTY |
|---|---|
| ____/s/_____ <br> Cole Sullivan, Esq. <br> Federal Bar No: 21011 <br> 2200 Defense Highway, Suite 304 <br> Crofton, Maryland 21114 <br> (410) 451-1777 <br> csullivan@jpvlawgroup.com <br> Counsel for Plaintiff | ____/s/_____ <br> Tamal Banton, Esq. <br> Philip Culpepper, Esq. <br> Anne Arundel County Office of Law <br> 2660 Riva Road, 4th Floor <br> Annapolis, Maryland 21401 <br> pculpepper@aacounty.org <br> tbanton@aacounty.org <br> Attorneys for Defendant |

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 1st day of July, 2022, a copy of the foregoing was served via the Court's electronic filing system, and a courtesy copy via e-mail, to:

>Tamal Banton, Esq.
>Philip Culpepper, Esq.
>Anne Arundel County Office of Law
>2660 Riva Road, 4th Floor
>Annapolis, Maryland 21401
>pculpepper@aacounty.org
>tbanton@aacounty.org
>Attorneys for Defendant

                                            ____/s/_____
                                            Cole J. Sullivan, Esq.